22714. COLLEY et al. v. HOUSING AUTHORITY OF THE CITY OF COLLEGE PARK et al.

HEAD, Presiding Justice. This case is controlled by the rulings made in *Howard v. Housing Authority of the City of College Park,* 220 Ga. 640 (140 SE2d 880).

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 10, 1964—DECIDED JANUARY 7, 1965.

*Houston White,* for plaintiffs in error.
*Griffin Patrick, Jr., Paul H. Anderson, Harold Sheats,* contra.